UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE LAQUANDA D. REID,
    Debtor.

CASE NO. 13-58199-TJT
HON. Thomas J. Tucker
CHAPTER 13

_____/

## ORDER MODIFYING AUTOMATIC STAY

This matter being before the Court on a Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 (d)(1) on behalf of 21st Mortgage Corporation, and,

The Court being further and more fully advised in the premises.

**IT IS HEREBY ORDERED** that Laquanda D. Reid (the "Debtor") shall provide proof of physical damage insurance in connection with the 1996 Redman 28X60 Manufactured Home/SN 137B7559 (the "Manufactured Home") to counsel for 21st Mortgage Corporation by March 27, 2014.

**IT IS HEREBY FURTHER ORDERED** that Debtor shall maintain the required physical damage insurance as required under the Manufactured Home Retail Installment Contract/Security Agreement dated April 7, 2008 (the "Security Agreement") and her confirmed Chapter 13 Plan in connection with the Manufactured Home.

**IT IS HEREBY FURTHER ORDERED** that if Debtor fails to provide proof of said insurance to counsel for 21st Mortgage Corporation by March 27, 2014, 21st Mortgage Corporation shall be entitled to the entry of an order granting relief from the automatic stay with respect to the Manufactured Home without further notice or the necessity of a hearing and based solely upon the filing of an affidavit and appropriate order with the Court.

**IT IS HEREBY FURTHER ORDERED** that if Debtor fails to maintain physical damage insurance for the Manufactured Home or the physical damage insurance is cancelled for any reason and is not replaced or reinstated by Debtor and after fourteen (14) days written notice of default to Debtor and her attorney at the addresses listed on Debtor's bankruptcy petition and if such default remains uncured for such fourteen (14) day period, 21st Mortgage Corporation shall be entitled to the entry of an order granting relief from the automatic stay with respect to the Manufactured Home without further notice or the necessity of a hearing and based solely upon the filing of an affidavit and appropriate order with the Court.

**IT IS HEREBY FURTHER ORDERED** that 21st Mortgage Corporation may file an amended or supplemental Proof of Claim in the amount of $601.000 consisting of its attorney's fees and costs associated with its Motion for Relief from Automatic Stay.

**IT IS HEREBY FURTHER ORDERED** that a copy of this Order and any Order Granting Relief from the Automatic Stay shall be served upon the Chapter 13 Trustee.

.

**Signed on March 12, 2014**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge