**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

**COVER SHEET FOR AMENDMENTS**

**Case Name:** LaQuanda D. Reid  **Case No.:** 13-58199

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- [ ] **Amendment to Petition:**
  - [ ] Name  [ ] Debtor(s) Mailing Address  [ ] Alias
  - [ ] Signature  [ ] Complying with Order Directing the Filing of Official Form(s)
- [ ] **Summary of Schedules**
- [ ] **Statement of Financial Affairs**
- [ ] **Schedules and List of Creditors:**
  - [ ] Schedule A
  - [ ] Schedule B
  - [ ] Schedule C
  - [ ] List of Creditors [ ] Schedule D [ ] Schedule E [ ] Schedule F, and
    - [ ] Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$30.00 Fee Required**, or
    - [ ] Change address of a creditor already on the List of Creditors - **No Fee Required**
  - [ ] Schedule G
  - [ ] Schedule H
  - [ ] Schedule I
  - [x] Schedule J

**NOTE: Use Page 2 for any corrections or additions to the LIst of Creditors.**

| Additional Details of Amendment(s): | Corrected Amended Schedule J amends to show increase/decrease in expenses. |
|---|---|

| | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
|---|---|
| **Date** July 10, 2014 | **Signature** /s/ Thomas Paluchniak |
| | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| **Date** July 10, 2014 | **Signature** /s/ LaQuanda D. Reid |

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section of the form to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**     **PLEASE CHANGE TO:**

**-NONE-**

## ADDITIONS TO THE LIST OF CREDITORS

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:**

**ADDRESS:**


**NAME OF CREDITOR:**

**ADDRESS:**


**NAME OF CREDITOR:**

**ADDRESS:**

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

## COVER SHEET FOR AMENDMENTS GUIDELINES

Use the Cover Sheet for Amendments **ONLY** when filing the items listed on Page 1, including amendments made in response to information provided to you on the BNC Undeliverable Notice.

Include the word "Amended" in the title of each amended document. **Please Note: An amended document must be filed in its entirety and accompanied by the Cover Sheet for Amendments.**

**Service of Amendment:** LBR 1009-1(b) The debtor shall serve a copy of the amendment and the "Cover Sheet for Amendments" on all entities affected by the amendment and file a certificate of service. **The Clerk's Office will not send notice of the amendment.**

Do not add or upload creditors that already have been included on the original List of Creditors. **The Clerk's Office will not delete creditors.**

Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court". **NOTE: No personal checks will be accepted from debtors.**

*Please contact our Help Desk with any questions regarding amendments or fees:*
*Bay City: (989) 894-8840  Detroit: (313) 234-0065    Flint: (810) 235-4126*

# United States Bankruptcy Court
### Eastern District of Michigan

In re    **LaQuanda D. Reid**                                  Case No.    **13-58199-T**
                                     Debtor(s)                     Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 14, 2014**, a copy of **Corrected Cover Sheet for Amendments with Statement of Affirmations, Amended Schedule J** was served electronically to the Chapter 13 Trustee and to the U.S. Trustee.

**-NONE-**

                                                 **/s/ Patricia Montgomery**
                                                 **Patricia Montgomery**
                                                 **BABUT LAW OFFICES, PLLC.**
                                                 **700 Towner Street**
                                                 **Ypsilanti, MI 48198**
                                                 **(734) 485-7000Fax:(734) 485-6251**
                                                 **pmontgomery@babutlaw.com**

4

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

13-58199-tjt     Doc 70     Filed 07/14/14     Entered 07/14/14 10:34:47     Page 4 of 4